UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIGSLIST INC,

    Plaintiff(s),

v.

MICHAEL JAMES PAPP,

    Defendant(s).

_____/

No. C 12-05276 DMR

**ORDER TO SUBMIT PROPOSED DISCOVERY PLAN**

The court has reviewed Plaintiff craigslist Inc.'s Administrative Request for Leave to Conduct Damages Discovery. [Docket No. 10.] While Plaintiff has shown good cause to serve third party discovery regarding damages, *see Am. Legalnet, Inc. v. Davis*, 673 F. Supp. 2d 1063, 1066 (C.D. Cal. 2009) (quoting *In re Countrywide Fin. Corp. Derivative Litig.*, 542 F. Supp. 2d 1160, 1179 (C.D. Cal. 2008)) (quotation marks omitted); *accord Semitool, Inc. v. Tokyo Electron Am., Inc.*, 208 F.R.D. 273, 275 (N.D. Cal. 2002), it has not indicated the type or amount of discovery it plans to serve. Accordingly, by no later than January 17, 2013, Plaintiff shall submit a proposed discovery plan for the court's review and approval.

IT IS SO ORDERED.

Dated: January 3, 2013



_____
DONNA M. RYU
United States Magistrate Judge