UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIGSLIST INC, | No. C-12-05276 DMR |
| Plaintiff, | **ORDER TO SUBMIT PROPOSED AMENDED COMPLAINT** |
| v. | |
| MICHAEL JAMES PAPP, | |
| Defendant. | |

The court is in receipt of Plaintiff craigslist, Inc.'s motion to amend the complaint. [Docket No. 17.] The court orders Plaintiff to submit a copy of its proposed amended complaint by no later than April 30, 2013.

IT IS SO ORDERED.

Dated: April 18, 2013

DONNA M. RYU
United States Magistrate Judge