UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>MICHAEL JAMES PAPP,<br><br>               Defendant. | Case No. C 12-05276 DMR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF CRAIGSLIST, INC.'S MOTION TO AMEND THE COMPLAINT AS AMENDED** |

1  The Court, having considered Plaintiff craigslist, Inc.'s Motion to Amend the Complaint,
2  and having considered the moving papers, the Declaration of Brian P. Hennessy filed in support
3  of the Motion, files in the record, and good cause having been shown, GRANTS the Motion.
4  Therefore, IT IS HEREBY ORDERED that:
5  ~~craigslist, Inc. shall file its First Amended Complaint within 14 days.~~ <u>The proposed First
6  Amended Complaint attached as Exhibit A to Plaintiff's April 30, 2013 submission (Docket No.
7  21-1) and the exhibit thereto (Docket No. 21-2) shall be deemed filed as of the date of this order.</u>

10  DATED: May 10, 2013  _____
   The Honorable Donna M. Ryu
11  United States District Judge