UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIGSLIST INC, | No. C 12-05276 DMR |
| Plaintiff, | **ORDER REGARDING PLAINTIFF'S SECOND PROPOSED DISCOVERY PLAN** |
| v. | |
| MICHAEL JAMES PAPP, | |
| Defendant. | |

On December 14, 2012, the Clerk of the Court entered default as to Defendant Michael James Papp. On January 3, 2013, the court issued an order finding that Plaintiff craigslist, Inc. had shown good cause to conduct third party discovery regarding damages, and subsequently granted Plaintiff leave to serve subpoenas on Defendant's payment processors to obtain evidence of revenue generated by Defendant's activities. [Docket Nos. 11, 15.]

On April 5, 2013, Plaintiff submitted a discovery status report and second proposed discovery plan. [Docket No. 18 (Discovery Status Report).] Plaintiff now seeks leave to serve subpoenas on five banks (the "bank subpoenas") for records pertaining to bank accounts associated with Defendants[1] and their software business. The court has reviewed Plaintiff's submissions and

---

[1] On April 5, 2013, Plaintiff moved to amend the complaint to name Shelly Papp, Defendant Michael Papp's wife, as a defendant based upon information learned from the payment processors. [Docket No. 17.] On May 10, 2013, the court granted Defendant's motion to file a first amended complaint. [Docket No. 22; *see also* Docket No. 21-1, 21-2 (Amended Complaint).]

finds that the proposed bank subpoenas are overbroad and seek information that Plaintiff has not shown is relevant to its claims against Defendants. The attachments to the proposed bank subpoenas request, for each listed account, the production of

> all account statements, transaction logs, and other information showing a complete transaction history (all deposits, debits, and credits), including *identifying information for the person and/or entity paying* or being paid and the description of the product or service being provided or paid for . . .

(Discovery Status Report Ex. A (emphasis added).) By this language, Plaintiff seeks the production of identifying information for persons/entities paying money into Defendants' bank accounts, which would include purchasers of the "Ad-Nuke for Craigslist" software. However, as the court noted in its February 15, 2013 order granting in part Plaintiff's initial proposed discovery plan, Plaintiff has not asserted any claims against third party users and/or purchasers of Defendants' "Ad-Nuke for Craigslist" software, and has not shown the relevance of the identifying information for the persons/entities purchasing the product. Therefore, Plaintiff's proposed subpoenas may not request the production of identifying information for third party purchasers of the "Ad-Nuke for Craigslist" software. Accordingly, by no later than May 20, 2013, Plaintiff shall submit revised bank subpoenas, amended in accordance with this order, for the court's approval.

IT IS SO ORDERED.

Dated: May 10, 2013

_____
DONNA M. RYU
United States Magistrate Judge

2