United States District Court

For the Northern District of California

1

2

3

4

5

6                     UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9   CRAIGSLIST INC,                           No. C 12-05276 DMR

10          Plaintiff,                         **ORDER GRANTING PLAINTIFF
                                               LEAVE TO SERVE AMENDED
11      v.                                     SUBPOENAS**

12   MICHAEL JAMES PAPP,

13          Defendant.
    _____/

14

15

16          Before the court is Plaintiff craigslist, Inc.'s second proposed discovery plan and amended

17   proposed subpoenas on five banks (the "bank subpoenas") for records pertaining to bank accounts

18   associated with Defendants Michael James Papp and Shelly Papp and their software business.

19   [Docket Nos. 18, 26.]

20          The court has reviewed Plaintiff's proposed bank subpoenas, amended in accordance with

21   the court's May 10, 2013 Order (docket No. 24), which request, for each listed account, the

22   production of

23          all account statements, transaction logs, and other information showing a complete
            transaction history (all deposits, debits, and credits), including the description of the
24          product or service being provided or paid for . . .

25   (Am. Prop. Bank Subpoenas Ex. A.)  Plaintiff is granted leave to serve the amended proposed bank

26   subpoenas on each of the five banks, as follows: each subpoena shall include a copy of this order.  In

27   responding to the subpoenas, the banks **may not** include identifying information for the person

28   and/or entity paying or being paid.

**United States District Court**
For the Northern District of California

1       In serving the subpoenas on each bank, Plaintiff shall simultaneously serve a copy of each

2  subpoena and this order on Defendants.  For each bank subpoena, Defendants and the bank shall

3  have 30 days from the date of service of the subpoena to file any motions contesting the subpoena

4  (including a motion to quash or modify the subpoena).  If that 30-day period lapses without

5  Defendants or the bank contesting the subpoena, the bank shall have 10 days to produce to Plaintiff

6  the responsive information.  The banks shall not produce responsive information prior to the end of

7  the 30-day period.

8       Plaintiff is ordered to submit a status report regarding this discovery by August 9, 2013.

9

10       IT IS SO ORDERED.

11

12  Dated: May 30, 2013



DONNA M. RYU
United States Magistrate Judge