**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   CRAIGSLIST INC,                          No. C-12-05276 DMR

12          Plaintiff(s),                     **ORDER TO SUBMIT STATUS REPORT**

13      v.

14   MICHAEL JAMES PAPP,

15          Defendant(s).
     _____/
16

17          The court has reviewed Plaintiff craigslist, Inc.'s August 9, 2013 Discovery Status Report.

18   [Docket No. 28.]  Plaintiff shall submit a status report regarding this case by no later than October 9,

19   2013.

20

21          IT IS SO ORDERED.

22

23   Dated:  August 13, 2013

24
     _____
25   DONNA M. RYU
     United States Magistrate Judge
26

27

28