UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIGSLIST INC, | No. C-12-05276 DMR |
| Plaintiff(s), | **ORDER TO SUBMIT STATUS REPORT** |
| v. | |
| MICHAEL JAMES PAPP, | |
| Defendant(s). | |

The court has reviewed Plaintiff craigslist, Inc.'s August 9, 2013 Discovery Status Report. [Docket No. 28.] Plaintiff shall submit a status report regarding this case by no later than October 9, 2013.

IT IS SO ORDERED.

Dated: August 13, 2013

_____
DONNA M. RYU
United States Magistrate Judge