UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIGSLIST INC, | No. C-12-05276 DMR |
| Plaintiff, | **REQUEST FOR REASSIGNMENT; REPORT AND RECOMMENDATION RE STIPULATED FINAL JUDGMENT** |
| v. | |
| MICHAEL JAMES PAPP, *et al.*, | |
| Defendants. _____/ | |

Plaintiff craigslist, Inc. ("craigslist") filed this action in October 2012 alleging Defendant Michael James Papp develops, markets, and sells automated flagging software and services that enable craigslist users to repetitively flag craigslist ads on an automated basis in violation of craigslist's Terms of Use. (Compl. ¶ 3.) The clerk entered Defendant Papp's default on December 14, 2012. [Docket No. 9.] On October 10, 2013, Plaintiff craigslist and Defendant Papp filed a stipulated final judgment in which the parties ask the court to enter judgment granting monetary and permanent injunctive relief in favor of craigslist in accordance with the parties' settlement agreement. [Docket No. 31.] craigslist has consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c). [Docket No. 7.] However, despite numerous requests by the court, Defendant Papp has not yet filed a declination or consent to the jurisdiction of a magistrate judge.[1]

---

[1] On October 10, 2013, craigslist filed a notice of voluntary dismissal without prejudice as to Defendant Shelly Papp pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). [Docket No. 32.]

1  Therefore, the court requests that this case be reassigned to a District Judge, and issues this Report
2  and Recommendation, with a recommendation that the District Judge enter final judgment consistent
3  with the terms set forth in the parties' stipulated "Final Judgment on Consent" (Docket 31).

4      The Clerk is directed to reassign this case to a District Judge.  Any party may file objections
5  to this report and recommendation with the District Judge within 14 days after being served with a
6  copy.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a); N.D. Cal. Civ. L.R. 72-2.

7      **Immediately upon receipt of this Order, craigslist shall serve a copy of this Order on**
8  **Defendant Papp and file a proof of service with the court.**

10  IT IS SO ORDERED.

12  Dated:  November 22, 2013



DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California