IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIGSLIST INC,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL JAMES PAPP,<br><br>    Defendant.<br>_____/ | No. C 12-05276 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING STIPULATED FINAL JUDGMENT |

The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Re Stipulated Final Judgment. The Court finds the Report correct and adopts it. Accordingly,

IT IS HEREBY ORDERED that Stipulated Final Judgment is GRANTED. The Clerk shall enter judgment in accordance with the Report and Recommendation and the Stipulation.

Dated: 12/3/2013

CLAUDIA WILKEN
United States District Judge