**PERKINS COIE LLP**
BRIAN P. HENNESSY (No. 226721)
bhennessy@perkinscoie.com
J. PATRICK CORRIGAN (No. 240859)
pcorrigan@perkinscoie.com
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JAMES PAPP, a Pennsylvania resident; SHELLY PAPP, a Pennsylvania resident; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 4:12-cv-05276-CW<br><br>**FINAL JUDGMENT ON CONSENT** |

# I. CONFESSION OF JUDGMENT

Defendant Michael James Papp ("Papp") confesses, consents and stipulates to judgment in favor of Plaintiff craigslist, Inc. ("craigslist") and authorizes the Court to enter judgment granting monetary and permanent injunctive relief in favor of craigslist as set forth below. This Final Judgment on Consent arises out of the parties' agreement to settle craigslist's claims (the "Settlement Agreement"). The terms of the Settlement Agreement are incorporated herein by reference in their entirety. This Final Judgment on Consent does not alter or supersede the obligations of any parties pursuant to that Settlement Agreement.

In accordance with the Settlement Agreement, Papp confesses, consents and stipulates to judgment as follows:

1. Papp consents to this Court's jurisdiction over the subject matter at issue in this action.

2. Papp consents to this Court's personal jurisdiction over him for the purposes of entry and enforcement of this Final Judgment on Consent and enforcement of the Settlement Agreement.

3. Papp consents to entry of judgment for monetary relief against him and in favor of craigslist in the total amount of One Million Dollars ($1,000,000.00).

4. Papp consents to permanent injunctive relief against him and in favor of craigslist immediately, permanently and forever enjoining Papp and all persons and entities acting in concert with him from the following:

(a) Flagging content on the craigslist website on behalf of others, and from inducing, encouraging, causing, assisting, aiding, abetting or materially contributing to any other person or entity doing the same;

(b) Manufacturing, developing, creating, adapting, modifying, exchanging, offering, selling, distributing, providing, importing, or trafficking in software that allows others to flag ads on craigslist's website, and from inducing, encouraging, causing, assisting, aiding, abetting or materially contributing to any other person or entity doing the same;

(c) Misusing or abusing craigslist's website in any way prohibited by the craigslist Terms of Use; and

(d) Accessing or using craigslist's website for any commercial purpose whatsoever.

5. Papp agrees and stipulates that this Final Judgment on Consent is final and may not be appealed by either party.

**IT IS SO AGREED.**

DATED: 10/10/13, 2013

Brian P. Hennessy (SBN 226721)
bhennessy@perkinscoie.com
Attorneys for Plaintiff
craigslist, Inc.

DATED: 10/10/13, 2013

Jim Buckmaster
Chief Executive Officer
craigslist, Inc.

DATED: 10/8/2013, 2013

Michael James Papp

## II. FINAL JUDGMENT

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 3, 2013

Claudia Wilken
U.S. District Judge